# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

VINCE BOVA, on behalf of himself, and on behalf of all persons similarly situated,

              vs    Plaintiffs,

WASHINGTON MUTUAL BANK and Does 1 to 10,

              Defendants.

FILED
07 DEC 26 AM 11:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2410 WQH JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Norman B. Blumenthal
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, California 92037

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
R. DELA CRUZ

DEC 2 6 2007

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)