CHAD R. FULLER (Bar No. 190830)
BRITTANY L. LITTLE (Bar. No. 239681)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Telephone: (858) 450-8400
Facsimile: (858) 450-8499
chad.fuller@hellerehrman.com
Brittany.little@hellerehrman.com


Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BOVA, on behalf of himself, and on behalf of all persons similarly situated,<br><br>                     Plaintiffs,<br><br>     v.<br><br>WASHINGTON MUTUAL BANK and Does 1 to 10, ,<br><br>                   Defendants. | Case No.: 07 CV 2410 WQH JMA<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Date:**<br>**Time:**<br>**Judge: William Q. Hayes** |

On or about December 21, 2007, Plaintiff Vincent Bova filed a class action suit against Washington Mutual Bank ("WaMu") alleging wage and hour claims, which challenges WaMu's classification, as exempt, of mortgage loan underwriters. Unbeknownst to plaintiff's counsel, in October 2004 WaMu was sued (in Los Angeles Superior Court) in a virtually identical class action entitled, *Creese v. Washington Mutual Bank*, CB 323376. In *Creese*, the Court denied plaintiffs' class certification on the grounds that common evidence did not predominate and superiority was

1  District, Division Two (Case No. B193931). The appellate briefing in *Creese* is complete and the

2  Second Appellate District has set oral argument for February 21, 2008.

3      Because of potential overlapping issues in the *Creese* matter with the issues in Bova, the

4  parties have agreed, in the interest of judicial economy, to stay WaMu's response to the Bova

5  complaint until after a decision is rendered in the *Creese* matter.

6      Therefore, the parties hereby stipulate, through their respective counsel of record, that

7  WaMu shall have up to and including 30-days to file a responsive pleading, upon acknowledgement

8  by Plaintiffs that they intend to move forward with the action, following a decision on the *Creese*

9  matter. This extension does not effect or otherwise serve as a basis for an objection nor will

10 Defendant object to Plaintiff's anticipated service of a letter under the Private Attorney General

11 Act, nor Plaintiff's anticipated request thereafter to amend the Complaint to allege a claim under

12 the Private Attorney General Act.

13 Dated: January 29, 2008

HELLER EHRMAN LLP

_____
Chad R. Fuller
Brittany Little

Attorneys for Defendant
WASHINGTON MUTUAL BANK

20 Dated: January 28, 2008

BLUMENTHAL & NORDREHAUG

_____
Norman B. Blumenthal
Kyle R. Nordrehaug

Attorneys for Plaintiff
VINCENT BOVA

SD 896194 v1

2