CHAD R. FULLER (Bar No. 190830)
BRITTANY L. LITTLE (Bar. No. 239681)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Telephone: (858) 450-8400
Facsimile: (858) 450-8499
chad.fuller@hellerehrman.com
Brittany.little@hellerehrman.com

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BOVA, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK and Does 1 to 10, ,<br><br>Defendants. | Case No.: 07 CV 2410 WQH JMA<br><br>**DECLARATION OF SERVICE**<br><br>Date:<br>Time:<br>**Judge:** William Q. Hayes |

I, Michele McConnell, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 4350 La Jolla Village Drive, 7th Floor, San Diego, CA 92122.

On January 29, 2008, I served the document(s) listed below on the interested parties in this action by placing true and correct copy thereof, enclosed in a sealed envelope addressed as indicated below:

| | |
|---|---|
| Norman B. Blumenthal<br>Blumenthal & Nordrehaug<br>2255 Calle Clara<br>La Jolla, CA 92037<br>Tel: 858-551-1223<br>Fax: 858-551-1232<br><br>**Attorneys for Plaintiff Vincent Bova** | |

**DOCUMENT(S) SERVED:**

**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**[PROPOSED] ORDER RE JOINT MOTION TO EXTND TIME TO RESPOND TO COMPLAINT**

☒ <u>BY MAIL</u>: I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at Menlo Park, California.

☐ <u>BY OVERNIGHT DELIVERY</u>: I caused such envelopes to be delivered to the above listed parties on the next business day by **FEDERAL EXPRESS** overnight delivery service.

☐ <u>BY PERSONAL SERVICE</u>: I served the above-mentioned documents by consigning it for hand delivery by messenger.

☐ <u>FACSIMILE TRANSMISSION</u>: I am readily familiar with the business practices of this office. At the time of transmission, I was at least eighteen years of age and not a party to this action. By use of facsimile machine, I served a copy of the above-listed document(s) on the above-listed interested parties in the within action by transmitting by facsimile machine. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

☐ <u>BY ELECTRONIC MAIL</u>: I served a copy of the above mentioned documents on the above listed parties in the within action by transmitting by electronic mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that this declaration is executed on January 29, 2008, at San Diego, California; and that I am employed in the office of a member of the bar of this Court at whose

2

DECLARATION OF SERVICE                                    CASE NO.: 07 CV 2410 WQH JMA

1 | direction the service was made.

_____
Michele McConnell