NORMAN B. BLUMENTHAL, ESQ. (SBN 068687)
BLUMENTHAL & NORDREHAUG,
2255 CALLE CLARA
LA JOLLA  CA  92037
858-551-1223          Ref. No.       : 0244894-01
Attorney for : PLAINTIFF    Atty. File No. : CA374

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : VINCENT BOVA | Case No.: 07 CV 2410 WQH JMA |
| DEFENDANT | : WASHINGTON MUTUAL BANK | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served     :  WASHINGTON MUTUAL BANK
   b. Person served  :  RACHEL A. CHRISTIANSON, ADMIN. ASST.
                              (AUTHORIZED TO ACCEPT SERVICE)

4. Address where the party was served  1301 SECOND AVE    35TH FLOOR
                                                               SEATTLE, WA .    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  January 4, 2008   (2) at: 01:15 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:     WASHINGTON MUTUAL BANK
       under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. MATT NASCIMENTO
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $179.50
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 21, 2008         Signature:  SEE ATTACHED NOTARIZED AFFIDAVIT
                                                        MATT NASCIMENTO

Jud. Coun. form, rule 982.9              **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE BOVA, on behalf of himself, and on behalf of all persons similarly situated,<br><br>                    Plaintiff(s),<br>Vs.<br><br>WASHINGTON MUTUAL BANK; JOHN DOES 1 TO 10,<br><br>                    Defendant(s). | NO. 07-CV-2410 WQH JMA<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CLASS AND COLLECTIVE ACTION COMPLAINT. |

STATE OF WASHINGTON   )
                     ) ss.
COUNTY OF KING        )

The undersigned, being first duly sworn, on oath states:

   That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

   That at 1:15 P.M. on January 4th, 2008, at 1301 Second Avenue, 35th Floor, Seattle, Washington, I duly served the above-described documents in the above-described matter upon Washington Mutual Bank, by then and there personally delivering a true and correct copy thereof by leaving the same with Rachel A. Christianson, Administrative Assistant, who said that she was authorized to accept.

_____
MATT NASCIMENTO        KING CO. # 9307249

Service Fees:
Ferry tolls:         SUBSCRIBED AND SWORN to before me on: JAN 0 8 2008
Travel:
SSA:
Trace:               _____
Bad Address:         WILLIAM P. LUTKUS
Aff./Notary Fee:     NOTARY PUBLIC in and for the State
Special Fee:         of Washington residing at: Seattle.
Wait:                My commission expires: 10-01-10.

TOTAL   $