# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BOVA, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK,<br><br>Defendant. | CASE NO. 07CV2410 WQH (JMA)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT |

HAYES, Judge:

On December 26, 2007, Plaintiff Vincent Bova filed the Complaint in this matter against Defendant Washington Mutual Bank. (Doc. # 1). On January 29, 2008, the parties filed a joint motion to extend the time for Defendant to respond to the Complaint. (Doc. # 3). The parties seek to continue the date to respond until after the California State Court of Appeal renders a decision in *Creese v. Washington Mutual Bank*.

Good cause appearing, the joint motion (Doc. # 3) is GRANTED. Defendant shall respond to the Complaint on or before Friday, March 21, 2008. If a further continuance is necessary, the parties shall file an additional joint motion on or before that date along with a status report.

**IT IS SO ORDERED**.

DATED: January 31, 2008

*William Q. Hayes* (signature)
**WILLIAM Q. HAYES**
United States District Judge