**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
(858) 551-1223
Fax: (858) 551-1232

Attorneys for Plaintiff
VINCENT BOVA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BOVA, on behalf of himself, and on behalf of all persons similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>WASHINGTON MUTUAL BANK and Does 1 to 10, ,<br><br>          Defendants. | Case No.:  07 CV 2410 WQH JMA<br><br>**JOINT MOTION ESTABLISHING SCHEDULE TO FILE FIRST AMENDED COMPLAINT AND THE TIME TO RESPOND TO COMPLAINT**<br><br>**Date:**<br>**Time:**<br>**Judge:  John a. Houston** |

On or about December 21, 2007, Plaintiff Vincent Bova filed a class action suit against Washington Mutual Bank ("WaMu") alleging wage and hour claims, which challenges WaMu's classification, as exempt, of mortgage loan underwriters. Unbeknownst to plaintiff's counsel, in October 2004 WaMu was sued (in Los Angeles Superior Court) in a virtually identical class action entitled, *Creese v. Washington Mutual Bank,* CB 323376. Because of potential overlapping issues in the *Creese* matter with the issues in Bova, the parties agreed, in the interest of judicial economy, to stay WaMu's response to the Bova complaint until after a decision is rendered in the *Creese*

1

matter.

The parties stipulated, through their respective counsel of record, that WaMu shall have up to and including 30-days to file a responsive pleading following a decision on the *Creese* matter. [Doc. 3]. The Court granted the joint motion and extended the time for WaMu to respond to March 21, 2008. [Doc. 5].

The *Creese* appeal was decided on March 12, 2008. Plaintiffs intend to move forward with the action by filing a First Amended Complaint.

Therefore, the parties hereby stipulate, through their respective counsel of record, that Plaintiff shall file and serve a First Amended Complaint in the above entitled action on or before April 1, 2008. WaMu shall have up to and including 30-days to file a responsive pleading following the filing and service of the First Amended Complaint.

Dated: March 18, 2008

HELLER EHRMAN LLP

_____
Chad R. Fuller
Brittany Little

Attorneys for Defendant
WASHINGTON MUTUAL BANK


Dated: March 18, 2008

BLUMENTHAL & NORDREHAUG

_____
Norman B. Blumenthal
Kyle R. Nordrehaug

Attorneys for Plaintiff
VINCENT BOVA

2