**BLUMENTHAL & NORDREHAUG**
 Norman B. Blumenthal (State Bar #068687)
 Kyle R. Nordrehaug (State Bar #205975)
 Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
(858) 551-1223
Fax: (858) 551-1232

Attorneys for Plaintiff
VINCENT BOVA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BOVA, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK and Does 1 to 10, ,<br><br>Defendants. | Case No.:  07 CV 2410 WQH JMA<br><br>**PROOF OF SERVICE**<br><br><br>**Judge:  John a. Houston** |

### CERTIFICATE OF SERVICE – [F.R.C.P. § 5]

   I am a citizen of the United States and a resident of the State of California.  I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the

---
1
PROOF OF SERVICE
CASE NO.: 07 CV 2410 WQH JMA

within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On March 17, 2008, I served the document(s) described as below in the manner set forth below:

(1) **JOINT MOTION ESTABLISHING SCHEDULE TO FILE FIRST AMENDED COMPLAINT AND THE TIME TO RESPOND TO COMPLAINT**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

**_XX_** (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

Executed on March 17, 2008, at San Diego, California.

By:_____*s/Kyle R. Nordrehaug*_____
Kyle R. Nordrehaug, Esq.
2255 Calle Clara
La Jolla, CA 92037
Tel:   (858) 551-1223
Fax:   (858) 551-1232