JONATHAN HAYDEN (Bar No. 104520)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
jonathan.hayden@hellerehrman.com

CHAD R. FULLER (Bar No. 190830)
BRITTANY L. S. LITTLE (Bar. No. 239681)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Telephone: (858) 450-8400
Facsimile: (858) 450-8499
chad.fuller@hellerehrman.com
brittany.little@hellerehrman.com

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BOVA, on behalf of himself, and on behalf of all persons similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>WASHINGTON MUTUAL BANK and Does 1 to 10,<br><br>           Defendants. | Case No.: 07 CV 2410 WQH JMA<br><br>**DEFENDANT WASHINGTON MUTUAL'S NOTICE OF MOTION AND MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO STAY PLAINTIFFS' CALIFORNIA CLASS ALLEGATIONS AND PRIVATE ATTORNEY GENERAL ACTION ALLEGATIONS**<br><br>*[No oral argument unless requested by this Court]*<br><br>**Date: June 9, 2008<br>Time: 11:00 a.m.<br>Judge: William Q. Hayes** |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 9, 2008 at 11:00 a.m. in the courtroom of the Honorable William Q. Hayes, located at 940 Front Street, Courtroom 4, San Diego, California 92101, Defendant Washington Mutual Bank ("WaMu", "Defendant" or the "Bank") will and hereby does move this court to dismiss or in the alternative to stay Plaintiff Vincent Bova's California class allegations and Private Attorney General Action allegations

This motion is made pursuant to FRCP 12(b)(6) on the grounds that Plaintiff Vincent Bova cannot maintain both a Rule 23 opt-out class and a class-based Private Attorney General Act ("PAGA") claim when a virtually identical class was already denied class certification because the proposed class lacked commonality.

Bova's second through sixth causes of action, class based California Labor Code violations, are subject to dismissal because plaintiffs are collaterally estopped by the state court's decision in *Creese v. Washington Mut. Bank*, No. B193931, 2008 WL 650766 (March 12, 2008) (not reported) from having their class certified and plaintiffs cannot escape this fact by choosing to litigate their claims in federal court.

Bova's seventh cause of action under PAGA is subject to dismissal because under the *Erie* doctrine, plaintiffs' PAGA claims must proceed as a class action which they cannot do.

///
///
///
///
///
///
///
///

Heller
Ehrman LLP

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and subsequent submitted briefing, all pleadings and papers on file in this action, such matters of which the court may take judicial notice, and such additional evidence and authority as may be offered at the time of oral argument if any.

Dated: May 5, 2008

HELLER EHRMAN LLP

/s/ Chad R. Fuller
Jonathan Hayden
Chad R. Fuller
Brittany Little
Attorneys for Defendant
WASHINGTON MUTUAL BANK

Heller Ehrman LLP