JONATHAN HAYDEN (Bar No. 104520)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
jonathan.hayden@hellerehrman.com

CHAD R. FULLER (Bar No. 190830)
BRITTANY L. S. LITTLE (Bar. No. 239681)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Telephone: (858) 450-8400
Facsimile: (858) 450-8499
chad.fuller@hellerehrman.com
brittany.little@hellerehrman.com

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BOVA, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK and Does 1 to 10,<br><br>Defendants. | Case No.: 07 CV 2410 WQH JMA<br><br>**NOTICE OF APPEARANCE OF JONATHAN HAYDEN ON BEHALF OF DEFENDANT WASHINGTON MUTUAL BANK**<br><br>**Judge: William Q. Hayes** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that attorney Jonathan Hayden with the firm of Heller Ehrman

3  LLP, hereby enters an appearance on behalf of Defendant Washington Mutual Bank.

4  Dated: May 5, 2008                              HELLER EHRMAN LLP

6                                                  /s/ Jonathan Hayden
                                                   Jonathan Hayden
7                                                  Chad R. Fuller
                                                   Brittany Little
8                                                  Attorneys for Defendant
                                                   WASHINGTON MUTUAL BANK

Heller Ehrman LLP