1  **BLUMENTHAL & NORDREHAUG**
    Norman B. Blumenthal (State Bar #068687)
2   Kyle R. Nordrehaug (State Bar #205975)
    Aparajit Bhowmik (State Bar #248066)
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone: (858)551-1223
   Facsimile: (858) 551-1232

5
   **UNITED EMPLOYEES LAW GROUP**
6     Walter Haines, Esq.
   65 Pine Ave, #312
7  Long Beach, CA 90802
   Telephone: (562) 256-1047
8  Facsimile: (562) 256-1006

9

10
                    **UNITED STATES DISTRICT COURT**
11
                    **SOUTHERN DISTRICT OF CALIFORNIA**
12

13

14 | VINCENT BOVA, on behalf of himself, | CASE No. **07 cv 2410** WQH (JMA)
15 | and on behalf of all persons similarly situated, | **PROOF OF SERVICE**
16 |
17 |           Plaintiffs,
18 | vs.                                | Date:    **June 9, 2008**
                                          Time:    **11:00 a.m.**
19 | WASHINGTON MUTUAL BANK and         | Judge:   **William Q. Hayes**
   | Does 1 to 10,
20 |
21 |           Defendants.
22
23
24
25
26
27
28

PROOF OF SERVICE

                                                    CASE NO: **07 CV 241 WQH JMA**

# CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On May 23, 2008, I served the document(s) described as below in the manner set forth below:

(1) **PLAINTIFF'S OPPOSITION TO DEFENDANT WASHINGTON MUTUAL'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO STAY PLAINTIFFS' CALIFORNIA CLASS ALLEGATIONS AND PRIVATE ATTORNEY GENERAL ACTION ALLEGATIONS**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 23, 2008 at San Diego, California.

By: *s/Norman Blumenthal*
Norman B. Blumenthal

PROOF OF SERVICE
2   CASE NO: **07 CV 241 WQH JMA**