JONATHAN HAYDEN (Bar No. 104520)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
jonathan.hayden@hellerehrman.com

CHAD R. FULLER (Bar No. 190830)
BRITTANY L. S. LITTLE (Bar. No. 239681)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Telephone: (858) 450-8400
Facsimile: (858) 450-8499
chad.fuller@hellerehrman.com
brittany.little@hellerehrman.com

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BOVA, on behalf of himself, and on behalf of all persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK and Does 1 to 10,<br><br>    Defendants. | Case No.: 07 CV 2410 WQH JMA<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Sheila Y. Heard, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 4350 La Jolla Village Drive, Suite 700, San Diego. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On June 2, 2008, I served the following:

1. DEFENDANT WASHINGTON MUTUAL'S REPLY TO OPPOSITION TO MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO STAY PLAINTIFFS' CALIFORNIA CLASS ALLEGATIONS AND PRIVATE ATTORNEY GENERAL ACTION ALLEGATIONS.

## Party(ies) Served

| | |
|---|---|
| Norman B. Blumenthal, Esq.<br>Kyle R. Nordrehaug, Esq.<br>Aparajit Bhowmik, Esq.<br>BLUMENTHAL & NORDREHAUG<br>2255 Calle Clara<br>La Jolla, CA 92037<br>Phone: 858.551.1223<br>Fax: 858.551.1232 | *VIA U. S. MAIL* |
| Walter Haines, Esq.<br>United Employees Law Group<br>65 Pine Avenue, Suite 312<br>Long Beach, CA 90802<br>Phone: 562.256.1047<br>Fax: 562.256.1006 | *VIA U.S. MAIL* |

## Manner of Service

[XX]  BY MAIL: I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Diego, California. I caused the document(s) to be sent by mail via United States Postal Service.

Heller Ehrman LLP

2

1  []    <u>BY FEDEX</u>. I caused the document(s) identified above to be delivered to the above party(ies) via next business day delivery by FEDEX overnight delivery service.

2  []    <u>BY HAND DELIVERY</u>: I caused the document(s) named above to be delivered by hand to the party(s) identified above by personal delivery at the address indicated above by Knox Attorney Services whose address is: 2250 Fourth Avenue, San Diego, CA 92101 by close of business on the date indicated.

3  []    <u>BY FACSIMILE</u>: I caused the document(s) to be sent via facsimile to the party(ies) identified above. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), the transmission was reported as complete, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

4  []    (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons at Megan A. Richmond, A Professional Corporation on June 2, 2008 at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____ **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XXX (FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made..

*(signature: Sheila Y. Heard)*

SHEILA Y. HEARD

Heller Ehrman LLP

3