1  **BLUMENTHAL & NORDREHAUG**
     Norman B. Blumenthal (State Bar #068687)
2    Kyle R. Nordrehaug (State Bar #205975)
     Aparajit Bhowmik (State Bar #248066)
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone: (858)551-1223
   Facsimile: (858) 551-1232

5
   **UNITED EMPLOYEES LAW GROUP**
6     Walter Haines, Esq.
   65 Pine Ave, #312
7  Long Beach, CA 90802
   Telephone: (562) 256-1047
8  Facsimile: (562) 256-1006

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BOVA, on behalf of himself, and on behalf of all persons similarly situated, | CASE No. **07 cv 2410** WQH (JMA) |
| | **PROOF OF SERVICE** |
| Plaintiffs, | |
| vs. | **Date:** **June 9, 2008** |
| | **Time:** **11:00 a.m.** |
| WASHINGTON MUTUAL BANK and Does 1 to 10, | **Judge:** **William Q. Hayes** |
| Defendants. | |

PROOF OF SERVICE

CASE NO: **07 CV 241 WQH JMA**

## CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On June 16, 2008, I served the document(s) described as below in the manner set forth below:

(1) **PLAINTIFF'S NOTICE OF NEW AUTHORITY BY THE UNITED STATES SUPREME COURT IN OPPOSITION TO DEFENDANT WASHINGTON MUTUAL'S MOTION TO DISMISS**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_**XX**_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 16, 2008 at San Diego, California.

By:  *s/Norman Blumenthal*
     Norman B. Blumenthal

PROOF OF SERVICE
2                                CASE NO: **07 CV 241 WQH JMA**