1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                        **SOUTHERN DISTRICT OF CALIFORNIA**

10    VINCENT BOVA, an individual; SHERRY          CASE No.  07 cv 2410 MMA (JMA)
      BLATT, an individual; on behalf of
11    themselves, and on behalf of all persons    **ORDER FINDING AS MOOT**
      similarly situated,                         **PLAINTIFF'S MOTION TO CERTIFY**
12                                                 **CLASS ACTION;**

13                    Plaintiffs,                  [Doc. No. 80]

14    vs.                                          **FINDING AS MOOT DEFENDANT'S**
                                                   **MOTION TO STRIKE DECLARATION**
15     JP MORGAN CHASE BANK, N.A. solely           **OF MILES LOCKER**
      and exclusively as successor to
16    WASHINGTON MUTUAL BANK N.A. and              [Doc. No. 83]
      Does 1 to 10,
17
                      Defendants.
18

19

20          Plaintiff Vincent Bova's Motion to Certify Class Action [Doc. No. 80] and Defendant's

21    Motion to Strike the Declaration of Miles Locker [Doc. No. 83] are currently set for hearing before

      the Court on January 10, 2011.  Plaintiff's counsel has advised the Court that the parties have
22
      reached a settlement, which will be presented to the Court for preliminary approval in due course.
23
      Accordingly, the Court **FINDS AS MOOT** the pending motions.
24
            **IT IS SO ORDERED**.
25
      DATED:  January 4, 2011
26
                                                  _Michael M- Anello_
27
                                                  Hon. Michael M. Anello
28                                                United States District Judge


                                                                                   07cv2410