Jonathan P. Hayden, CA Bar No. 104520
Damien O. Morrison, CA Bar No. 251761
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*jonathan.hayden@lh-sf.com*
*damien.morrison@lh-sf.com*

Attorneys for Defendant
J.P. MORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BOVA, an individual; on behalf of himself, and on behalf of all persons similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., solely and exclusively as successor to WASHINGTON MUTUAL BANK and Does 1 to 10,<br><br>     Defendants. | Case No.: 07 CV 2410 AJB- JMA<br><br>**PROOF OF SERVICE** |

I, Jaclyn L. Lucas, the undersigned, hereby certify and declare:

1. I am over the age of 18 years and am not a party to the within cause.

2. I am employed in the office of a member of the bar of this Court, at whose direction this service was made.

3. My business address is 900 Front Street, Suite 300, San Francisco, California 94111.

4. On July 6, 2011, I served a true copy of the attached document(s) titled exactly:

**STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS FEES, COSTS AND EXPENSES**

on the interested parties in this action as follows:

X    BY MAIL: I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at San Francisco, California.

Walter Haines, Esq.
United Employees Law Group
65 Pine Ave, #312
Long Beach, CA 90802

*Attorneys for Plaintiffs BOVA, et al.*

5. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 6, 2011, at San Francisco, California.

*[signature]*
Jaclyn L. Lucas